# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00296-CV

## In re Ramya Kumar

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the emergency motion to stay are denied.
*See* Tex. R. App. P. 52.8(a); *id.* R. 52.10.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: May 3, 2019